IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA GUERRA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 13-03463 |
| | § | |
| WAL-MART STORES, INC. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**

The parties hereby request the court to sign the attached order acknowledging this stipulation of dismissal with prejudice by Plaintiff, SANDRA GUERRA, against Defendant, WAL-MART STORES TEXAS, L.L.C., incorrectly named as WAL-MART STORES, INC., pursuant to FED. R. CIV. P. 41 (A)(1)(ii) on the grounds that the parties have resolved their controversies.

For these reasons, the parties ask the Court to enter a dismissal with prejudice.

Respectfully submitted,

_____
Steven E. Petrou
State Bar No. 00784751
11107 McCracken Circle, Suite A
Cypress, Texas 77429
(281) 970-8555 phone
(281) 970-8559 fax

ATTORNEY FOR PLAINTIFF,
SANDRA GUERRA

## CERTIFICATE OF SERVICE

I hereby certify that on the ___24th___ day of ___April___, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John A. Ramirez
Neal A. Hoffman
Bush & Ramirez, P.L.L.C.
5615 Kirby Drive, Suite 900
Houston, Texas 77005

_____
Steven E. Petrou