UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA GUERRA, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-13-3463 |
| WAL-MART STORES, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

The stipulation of dismissal with prejudice (Dkt. 14) is GRANTED. It is therefore ORDERED that the claims of plaintiff, Sandra Guerra against defendant, Wal-Mart Stores Texas, LLC, incorrectly named as Wal-Mart Stores, Inc., are DISMISSED with prejudice. Costs are taxed against the party incurring the same.

Signed at Houston, Texas on May 14, 2014.

_____
Gray H. Miller
United States District Judge